

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00328-CV

| | | |
|---|---|---|
| Angelo Moses and Tiffany Moses | § | From the 96th District Court |
| v. | § | of Tarrant County (096-279625-15) |
| Six Flags Entertainment Corp.; Six Flags Theme Parks, Inc.; Six Flags Over Texas, Inc.; and Texas Flags, Ltd. | § | November 2, 2016 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
  Chief Justice Bonnie Sudderth